# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3459
_____

EUGENE THOMPSON, as the
Personal Representative,

  Appellant,

  v.

HILLSIDE BUILDING, LLC.,
CONDUENT BUSINESS SERVICES,
LLC, and THE ESTATE OF ELISA
MARGRETTE EUGENIE
THOMPSON,

  Appellees.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

April 24, 2024

PER CURIAM.

AFFIRMED. *See McCain v. Fla. Power Corp.*, 593 So. 2d 500, 503 (Fla. 1992) (holding that a "requirement of reasonable, general foresight is the core of the duty element" in a negligence action and that "duty exists as a matter of law and is not a factual question for the jury to decide"); *see also United States v. Stevens*, 994 So. 2d 1062, 1066–67 (Fla. 2008) (reaffirming *McCain*).

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

James P. Waczewski of Waczewski Law Group, Tallahassee; Randy Pelham of The Pelham Law Firm, Tallahassee, for Appellant.

Michael J. Thomas, Cody W. Short, and R. Geoffrey Place, II, of Pennington. P.A, Tallahassee, for Appellee Hillside Building, LLC; Kimberly K. Berman of Marshall Dennehey, Fort Lauderdale; James P. Hanratty and Sean J. Reeves of Marshall Dennehey Warner Coleman & Goggin, Jacksonville, for Appellee Conduent Business Services, LLC.